Robert E. KELTNER, Plaintiff–
Appellant,

v.

Holmes R. SHAVER, individually and
as President of the Wood County
Commission; David A. Couch, individ-
ually and as member of the Wood
County Commission; Robert K. Te-
bay, individually and as member of
the Wood County Commission; Keith
Litton, individually and as a duly ap-
pointed officer of the Wood County
Commission; Michael Balzano; Louis
Balzano, d/b/a Eddies Auto Parts
Company, Defendants–Appellees.

No. 01–2370.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 14, 2002.

Decided Feb. 21, 2002.

Robert E. Keltner, Pro Se. Mark Wil-
liam Browning, Shuman, McCluskey &
Slicer, P.L.L.C., Charleston, West Virgi-
nia; David Edward Schumacher, Schu-
macher, Francis & Nelson, Charleston,
West Virginia, for Appellees.

Before WIDENER, LUTTIG, and
GREGORY, Circuit Judges.

PER CURIAM.

Robert E. Keltner appeals two separate
district court orders granting the Appel-
lees' motions for summary judgment on his
civil action alleging that various vehicles
were improperly removed from his proper-
ty. We have reviewed the record and the
district court's opinions and find no revers-
ible error. Accordingly, we affirm on the
reasoning of the district court. *See Kelt-
ner v. Shaver*, No. CA–00–1162–6 (S.D.W.
Va. filed Oct. 12, 2001; entered Oct. 15,
2001). We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore the court and argument would not aid
the decisional process.

*AFFIRMED.*